1   JOHN DINAPOLI (SBN 84365)
2   STEVEN J. SIBLEY (SBN 152365)
    DINAPOLI & SIBLEY
3   Ten Almaden Boulevard, Suite 1250
    San Jose, CA 95113-2271
4   Telephone:   (408) 999-0900
    Facsimile:    (408) 999-0191
5   e-mail:        jfd@dslaw.net

6   Attorneys for Plaintiff APEX
7   ADVANCE HOLDINGS LIMITED

IT IS SO ORDERED

Judge Edward J. Davila

7/14/2011

8        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9                                   (San Jose Division)

10   APEX ADVANCE HOLDINGS LIMITED,          Case No.      CV-11-02051 EJD
11   a corporation,
                                             **NOTICE OF VOLUNTARY DISMISSAL
12           Plaintiff,                      WITHOUT PREJUDICE**

13   v.                                      [Fed. R. Civ. Pro. 41(a)]

14   VLADIMIR RIVKIN, EFIM RIVKIN, IGOR
15   JONATAN SCHMIDT, REGINA
     SCHMIDT, AND ALL PERSONS
16   UNKNOWN CLAIMING ANY LEGAL OR
     EQUITABLE RIGHT, TITLE, ESTATE,
17   LIEN, OR INTEREST IN THE
     PROPERTY DESCRIBED IN THE
18   COMPLAINT ADVERSE TO
     PLAINTIFF'S TITLE, OR ANY CLOUD
19   ON PLAINTIFF'S TITLE,

20

21           Defendants.

22   TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

23           NOTICE IS HEREBY GIVEN that plaintiff APEX ADVANCE HOLDINGS LIMITED,

24   a corporation, pursuant to Fed. R. Civ. Pro. 41(a), and without stipulating to or accepting

25   defendants' challenges to subject-matter jurisdiction in this case, hereby voluntarily dismiss this

26   case without prejudice.   The Clerk shall close this file.

27

28

1

Dated:        July 13, 2011                              DINAPOLI & SIBLEY

2

3

By:_____/s/_____

4

JOHN DINAPOLI, Attorneys
for Plaintiff APEX ADVANCE
HOLDINGS LIMITED, a
corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States.  My business address is the law offices DiNapoli & Sibley, Ten Almaden Boulevard, Suite 1250, San Jose, California 95113-2271, and my phone number is (408) 999-0900.  I am employed in the County of Santa Clara where this service occurred.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with the normal business practice of the law offices of DiNapoli & Sibley for the collection and processing of correspondence for mailing with the U. S. Postal Service, and that practice is that correspondence is deposited with the U. S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following the ordinary business practice, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

by enclosing a true copy thereof in a sealed envelope and placing it for collection and service that same day in the ordinary course of business.

__X__(By e-mail)  I caused such document(s) to be served by e-mail to defendants' counsel Carlos G. Martinez and R. Jeremie Ginelli at the following addresses:  cmartin@isonlaw.com and rjg@carlsonlawgroup.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this Proof of Service in the City of San Jose, California, on July 13, 2011

_____/s/_____

JOHN DINAPOLI